■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. BAKER, Appellant. [28 NYS3d 333]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated May 16, 2014, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant contends that the aggravating factor which the People identified as a basis for an upward departure should have been treated as part of his criminal history on the Risk Assessment Instrument, thereby warranting his designation as a level two sex offender rather than an upward departure to a risk level three. However, since the defendant did not raise this claim at the risk assessment hearing, his present contention is unpreserved for appellate review (*see People v Charache*, 9 NY3d 829 [2007]; *People v DeDona*, 102 AD3d 58, 63 [2012]; *People v Hammonds*, 27 AD3d 441 [2006]), and, in any event, the contention is without merit. Chambers, J.P., Cohen, Duffy and Connolly, JJ., concur.